■ In the Matter of WOODROW FLEMMING, Petitioner, v CHARLES TEJADA et al., Respondents. [842 NYS2d 353]—Application for an order pursuant to article 78 of the Civil Practice

810

Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur— Mazzarelli, J.P., Saxe, Friedman, Marlow and Williams, JJ.